Patrick H. Hicks, Esq.
Nevada Bar No. 004632
Taylor A. Buono, Esq.
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile:   702.862.8811
phicks@littler.com
tbuono@littler.com

Attorneys for Defendants
TRAVEL PLUS LEISURE CO., d/b/a
WYNDHAM and WYNDHAM VACATION
OWNERSHIP, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENZA EL ANSARI,<br><br>             Plaintiff,<br><br>      v.<br><br>TRAVEL PLUS LEISURE CO., a Delaware Corporation, D/B/A WYNDHAM; WYNDHAM VACATION OWNERSHIP, INC.; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>             Defendant. | Case No. 2:26-cv-00536-APG-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SUBMITTED IN COMPLIANCE WITH LR 26-1(b))** |

Plaintiff KENZA EL ANSARI and Defendants TRAVEL PLUS LEISURE CO., d/b/a WYNDHAM and WYNDHAM VACATION OWNERSHIP, INC., submit this Stipulated Discovery Plan and Scheduling Order under Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b).

**A.     Individuals likely to have discoverable information:**

On March 26, 2026, counsel for Plaintiff, James P. Kemp of Kemp & Kemp, Attorneys at Law and counsel for Defendants, Taylor Buono, Esq. of Littler Mendelson P.C., met to discuss relevant discovery issues, possible early resolution of the matter, and other pertinent issues. Further to the parties' discussion, the parties agree that they will submit their initial disclosures on or before

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

**April 9, 2026**.

>      **B.      Discovery Cut-Off Date:**

The parties request a discovery period of one hundred eighty (180) days from February 27, 2026, the date Defendants Travel Plus Leisure Co., d/b/a Wyndham and Wyndham Vacation Ownership, Inc. filed their Answer to the Complaint.  Accordingly, all discovery must be completed no later than **August 26, 2026**.

>      **C.      Amending the Pleadings and Adding Parties:**

The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the discovery cut-off date and, therefore, not later than **May 28, 2026.**

>      **D.      Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):**

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **June 29, 2026**[1], and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than **July 29, 2026**.

>      **E.      Dispositive Motions:**

The parties shall file dispositive motions not more than (30) days after the discovery cut-off date and, therefore, not later than **September 25, 2026**.  In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be no later than thirty (30) days from the subsequent discovery cut-off date.

>      **F.      Pretrial Order:**

The Pretrial Order shall be filed by **October 26, 2026**[2], which is not later than thirty (30) days after the date set for filing dispositive motions.  In the event dispositive motions are filed, the date for filing the Pretrial Order shall be suspended until thirty (30) days after the decision of the dispositive motions or until further order of the Court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and

---

[1] Deadline lands on Saturday moved to Monday.

[2] Deadline lands on Sunday moved to Monday.

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

Scheduling Order, the date for filing the Pretrial Order shall be extended in accordance with the time period set forth in this paragraph.

**G.      Fed. R. Civ. P. 26(a)(3) Disclosures:**

The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objection thereto shall be included in the Pretrial Order.

**H.      Alternative Dispute Resolution:**

The parties certify they have met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation. Pursuant to LR 16-6, this matter has been assigned to the Early Neutral Evaluation program.

**I.      Alternative Forms of Case Disposition:**

The parties certify they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01) and do not elect these options at this time.

**J.      Electronic Evidence:**

The parties certify they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  Discussions between the parties will be ongoing as the trial date approaches and they stipulate that they intend to present any electronic evidence in a format compatible with the court's electronic jury evidence display system.

**K.      Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty-one (21) days before the expiration of the subject deadline.

**L.      Subjects and Order of Discovery:**

The parties agree that there is no need for discovery to be conducted in phases or to be limited or focused upon particular issues.  At this point, the parties anticipate conducting discovery on all discoverable matters relevant to issues raised by the Complaint, and any subsequent pleadings, consistent with the Federal Rules of Civil Procedure and the Local Rules of the District of Nevada.

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

3

**M.    Electronic Service:**

The parties agree that under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, any discovery requests and responses may be served by sending such documents by email to the primary email addresses for all counsel of record.  The format to be used for attachments to any email message shall be Microsoft Word (.doc) or Adobe Acrobat (.pdf).  To the extent discovery requests are served on a Saturday, Sunday, or legal holiday, service will be deemed effective on the next day that is not a Saturday, Sunday, or legal holiday.  For electronic service to be effective as to Plaintiff, electronic service shall be sent to Plaintiff at jp@kemp-attorneys.com and bfurnell@kemp-attorneys.com unless otherwise amended in writing by Plaintiff.  For electronic service to be effective as to Defendants, in addition to electronic service to all counsel of record phicks@littler.com and tbuono@littler.com), electronic service shall also be sent to jconti@littler.com and akoorndyk@littler.com unless otherwise amended in writing by Defendants.

**N.    Changes and Limitations on Discovery:**

No changes in limitations, other than as specified herein, set by either the Federal Rules of Civil Procedure or Local Rules for the District of Nevada are requested at this time.

Dated:  March 30, 2026

Dated: March 30, 2026

/s/ James P. Kemp
James P. Kemp, Esq.
KEMP & KEMP, ATTORNEYS AT LAW

Attorney for Plaintiff
KENZA EL ANSARI

/s/ Taylor A. Buono
Patrick H. Hicks, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
TRAVEL PLUS LEISURE CO., d/b/a
WYNDHAM and WYNDHAM
VACATION OWNERSHIP, INC.

**IT IS SO ORDERED.**

Dated: _____ March 30 ___, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

4929-3294-2235.1 / 049859.1054

4